FILED

2003 DEC 12 P 2: 44

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Beecher A. Larson )<br>    Plaintiff )<br> ) | |
| ) | Civil Action No. 303CV00209CFD |
| v. )<br> ) | |
| Short Beach River Marina, LLC )<br>David Massey )<br>Clayton Massey )<br>Robert Kenney )<br>    Defendants ) | December 11, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

## FOR DISCOVERY

The plaintiff files this Motion for Enlargement of Time in which to complete discovery. Under the present scheduling order plaintiff's discovery is to be completed by December 31, 2003. However, the defendants have not responded fairly or completely to discovery requests.

The plaintiff served interrogatories and production requests on the defendants on April 22, 2003. Six months later, on October 14, 2003, the defendants filed their answers but have produced no documents. The answers received left many further questions and followup interrogatories will be filed. The plaintiff filed a Motion to Compel on June 25, 2003 which has not been acted on.

The plaintiff will need six additional months, until July 31, 2004 to submit followup interrogatories and obtain complete answers and production.

For good cause shown the plaintiff requests until July 31, 2004 in order to complete discovery. The undersigned has conferred with opposing counsel who has no objection to this extension of time. This is the first extension of time in regard to this discovery deadline.

The Plaintiff
Beecher A. Larson

By Robert Solari
His Attorney
130 Sunrise Hill Road
Norwalk, CT 06851
203-845-0018
Ct. 04380

## **CERTIFICATION**

This is to certify that the a copy of the foregoing Motion for Enlargement of Time was sent, via U.S. Mail, postage prepaid, this 11th Day of ___December___ 2003, to the following:

Tom E. Byrne
Fasano, Ippolito and Lee
388 Orange Street
New Haven, CT 06511

James F. Cirillo, Jr.
500 East Main Street, Suite 208
Branford, CT 06405

_____
Robert Solari