## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Beecher A. Larson | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 303CV00209CFD |
| v. | ) | |
| | ) | |
| Short Beach River Marina, LLC | ) | |
| David Massey | ) | |
| Clayton Massey | ) | |
| Robert Kenney | ) | |
| Defendants | ) | December 11, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

## FOR DISCOVERY

The plaintiff files this Motion for Enlargement of Time in which to complete discovery. Under the present scheduling order plaintiff's discovery is to be completed by December 31, 2003. However, the defendants have not responded fairly or completely to discovery requests.

The plaintiff served interrogatories and production requests on the defendants on April 22, 2003. Six months later, on October 14, 2003, the defendants filed their answers but have produced no documents. The answers received left many further questions and followup interrogatories will be filed. The plaintiff filed a Motion to Compel on June 25, 2003 which has not been acted on.

The plaintiff will need six additional months, until July 31, 2004 to submit followup interrogatories and obtain complete answers and production.