## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEECHER A. LARSON, | : |
|     Plaintiff, | : |
| | : |
| v. | : Civil Action No. 3:03CV209(CFD) |
| | : |
| SHORT BEACH RIVER MARINA, LLC., | : |
| ET AL., | : |
|     Defendants. | : |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

___    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

___    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___    A recommended ruling on the following motions which are currently pending: (orefm.)

___    A ruling on the following motions which are currently pending: (orefm.)

_X_    A settlement conference (orefmisc./cnf)

___    A conference to discuss and approve the following: (orefmisc./cnf)

___    Other: (orefmisc./misc) _____

SO ORDERED this 27th day of January 2004 at Hartford, Connecticut.

                                                      /s/ CFD
                                                    Christopher F. Droney
                                                    United States District Judge