UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB -2  P 6: 52

U.S. DISTRICT COURT
HARTFORD, CT.

BEECHER A. LARSON,
    Plaintiff,

v.

SHORT BEACH RIVER MARINA, LLC,
et al..,
    Defendants.

Civil Action No.
3:03 CV 209 (CFD)

## REFERRAL TO MAGISTRATE JUDGE

The above-captioned case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_X_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_ A ruling on the following motion which is currently pending: (orefm.)

\_\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_\_ A conference to discuss the following: (orefmisc./cnf) _____

\_\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this ___ day of January 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

1