## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

Beecher A. Larson,
      Plaintiff

vs.

Short Beach River Marina, LLC
David Massey
Clayton Massey
Robert Kenney
      Defendants

:
:
:
:
:
:
:
:
:
:

2004 MAR 12 P 12: 28

CIVIL ACTION NO.
303CV00209 CFD

MARCH 12, 2004

### DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION

Pursuant to L. CIV. R. 7(b) of the Federal Rules of Civil Procedure the defendants in the above referenced matter respectfully request 14 days extension to March 26, 2004 to respond to plaintiffs Interrogatories and Request for Production.  Counsel for the defendants made numerous attempts to contact the defendants and discovered they were out of state.  The parties are scheduled to return March 16, 2004 when they are scheduled to meet with counsel and complete the discovery request.

Counsel for the defendants has inquired of opposing counsel and has unable to ascertain opposing counsel's position regarding this motion despite several attempts to contact him.  This is the defendants first Motion for Request for Extension of Time.

WHEREFORE, the defendants respectfully request that this court pursuant to L. CIV. R. 7(b) of the Federal Rules of civil procedure grant this request.

THE DEFENDANTS
SHORT BEACH RIVER MARINA, LLC
DAVID MASSEY
CLAYTON MASSEY
ROBERT KENNEY

BY _____    3/12/04

JAMES F. CIRILLO, JR.    DATE
FASANO, IPPOLITO & LEE, LLC
388 ORANGE STREET
NEW HAVEN, CT 06511
203- 787-6555
CT#15118

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, postage prepaid, on the above date to:

Robert A. Solari, Esq.
130 Sunrise Hill Road
Norwalk, CT 06851

_____

James F. Cirillo, Jr.
Commissioner of the Superior Court