UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Beecher A. Larson | : | CIVIL ACTION NO. |
|     Plaintiff | : | 303CV00209  CFD |
| | : | |
| Vs. | : | |
| | : | |
| Short Beach River Marina, LLC | : | |
| David Massey | : | |
| Clayton Massey | : | |
| Robert Kenney | : | |
|     Defendants | : | MARCH 15, 2004 |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO RESPOND TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION**

Plaintiff does not object to Defendant's request for a 14 day extension to March 26, 2004 to respond to the Plaintiff's Second Set of Interrogatories and Second Set of Production.

However, the plaintiff respectfully points out to the Court that on April 23, 2003 the Plaintiff served the Defendant the first Request for Production and on June 25, 2003 the Plaintiff filed a "Motion to Compel Defendants to Comply with Plaintiff's First Request for Production of Documents and Interrogatories Served on April 23, 2003" and to date neither the Request for Production nor the Motion to Compel has received a response. In addition, on April 22, 2003 the Plaintiff's filed a Motion for Contempt and to date there has not been any response.

THE PLAINTIFF
BEECHER A. LARSON

_____
ROBERT SOLARI
130 SUNRISE HILL ROAD
NORWALK, CT 06851
(203) 845-0018
CT 04380

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Response has been mailed, postage prepaid on March 15, 2004 to:

Tom E. Byrne
Fasano, Ippolito and Lee
388 Orange Street
New Haven, CT 06511

James F. Cirillo, Jr.
500 East Main Street, Suite 208
Branford, CT 06405