UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BEECHER A. LARSON,
     Plaintiff

- v -

Civil No.3:03CV6209(CFD)(TPS)

SHORT BEACH RIVER
MARINA, LLC, ET AL,
     Defendant

## MEMORANDUM AND ORDER

The defendants' Motion for an Extension of Time to Respond to the Plaintiff's Second Set of Interrogatories and Request for Production (Dkt. # 39) is **GRANTED ABSENT OBJECTION**. The defendants have until March 26, 2004 to respond.

The plaintiff's Motion to Compel (**Dkt. # 24**) is **GRANTED ABSENT OBJECTION**. As such, the court hereby **ORDERS** the defendant to respond to the plaintiff's first set of interrogatories and request for production dated April 22, 2003. At the conclusion of all proceedings in this case, on application, the court will consider the amount of attorneys' fees, if any, that should be awarded in connection with the plaintiff's successful pursuit of this motion pursuant to Rule 37 of the Federal Rules of Civil Procedure.

The plaintiff's Motion for Contempt (**Dkt. # 13**) is **DENIED WITHOUT PREJUDICE**. That motion can and should be dealt with only after the factual record in this case has been fully developed

through traditional discovery methods and, at least arguably, should be addressed by the Judge whose order was allegedly violated.

Dated at Hartford, Connecticut this 23rd day of March, 2004.

Thomas P. Smith
United States Magistrate Judge