**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

Beecher A. Larson, :
    Plaintiff : 2004 MAR 12 P 12: 28
     : CIVIL ACTION NO.
vs. : 303CV00209 CFD
     :
     :
Short Beach River Marina, LLC :
David Massey :
Clayton Massey :
Robert Kenney :
    Defendants : MARCH 12, 2004

*4/5/04. Granted nunc pro tunc. WMS*

**DEFENDANTS' REQUEST FOR EXTENSTION OF TIME TO RESPOND TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION**

Pursuant to L. CIV. R. 7(b) of the Federal Rules of Civil Procedure the defendants in the above referenced matter respectfully request 14 days extension to March 26, 2004 to respond to plaintiffs Interrogatories and Request for Production. Counsel for the defendants made numerous attempts to contact the defendants and discovered they were out of state. The parties are scheduled to return March 16, 2004 when they are scheduled to meet with counsel and complete the discovery request.

Counsel for the defendants has inquired of opposing counsel and has unable to ascertain opposing counsel's position regarding this motion despite several attempts to contact him. This is the defendants first Motion for Request for Extension of Time.

WHEREFORE, the defendants respectfully request that this court pursuant to L. CIV. R. 7(b) of the Federal Rules of civil procedure grant this request.