UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 MAY 12 P 2: 13

| | | |
|---|---|---|
| **LARSON** | : | WITHDRAWAL |
| Plaintiff | : | CIVIL ACTION NO. |
| vs. | | 3:03-cv-209 CFD |
| **SHORT BEACH RIVER MARINA, DAVID MASSEY CLAYTON MASSEY and ROBERT KENNEY** | : | MAY 10, 2006 |
| Defendants | | |

### WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of the Defendants, **SHORT BEACH RIVER MARINA, DAVID MASSEY, CLAYTON MASSEY and ROBERT KENNEY**, in the above entitled action, as the law firm of Fasano, Ippolito and Lee, LLC represents all defendants in this action in lieu of my appearance. I hereby request that all notices directed to the defendants in this case be sent to Fasano, Ippolito & Lee, LLC, 388 Orange Street, New Haven, Connecticut 06511.

BY _____
James F. Cirillo, Jr., Esquire
500 East Main Street, Suite 208
Branford, Connecticut  06405
District Court Bar No. CT 05721
Telephone:  (203) 488-9828

## C E R T I F I C A T I O N

The undersigned hereby certifies that a copy of the foregoing Appearance was mailed this date, May 10, 2006, postage pre-paid to:

Timothy Lee, Esq.
Fasano, Ippolito & Lee, LLC
388 Orange Street
New Haven, CT 06511

Robert A. Solari, Esq.
130 Sunrise Hill Road
Norwalk, CT 06851

_____
James F. Cirillo, Jr., Esq.