UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Beecher A. Larson,<br>　　　Plaintiff | :<br>:<br>:    CIVIL ACTION NO.<br>vs.                               :    303CV00209  CFD<br>:<br>Short Beach River Marina, LLC     :<br>David Massey                            :<br>Clayton Massey                      :<br>Robert Kenney                       :<br>　　　Defendants               :    DECEMBER 15, 2006 |

**STATUS REPORT**

The defendants Short Beach River Marina, LLC, David Massey, Clayton Massey and Robert Kenney hereby provide the Court with a Status Report pursuant to the Court's Order dated December 6, 2006. The Court scheduled settlement conference with Magistrate Smith on December 8, 2005. The plaintiff failed to appear at the settlement conference. Since that time, the parties have exchanged a phone conversation regarding settlement. However, the defendants have not taken any actionbecause the plaintiff has not taken any action.

　　　　　　　　　　　　　　　　　THE DEFENDANTS
　　　　　　　　　　　　　　　　　SHORT BEACH RIVER MARINA, LLC
　　　　　　　　　　　　　　　　　DAVID MASSEY
　　　　　　　　　　　　　　　　　CLAYTON MASSEY
　　　　　　　　　　　　　　　　　ROBERT KENNEY

　　　　　　　　　　　　　　　　　BY_____
　　　　　　　　　　　　　　　　　TIMOTHY J. LEE, ESQ.
　　　　　　　　　　　　　　　　　FASANO, IPPOLITO & LEE, LLC
　　　　　　　　　　　　　　　　　388 ORANGE STREET
　　　　　　　　　　　　　　　　　NEW HAVEN, CT 06511
　　　　　　　　　　　　　　　　　203- 787-6555
　　　　　　　　　　　　　　　　　CT#15118

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Status Report was sent this 15th day of December, 2006 to the following:

Robert A. Solari, Esq.
130 Sunrise Hill Road
Norwalk, CT 06851

_____
Timothy J. Lee, Esq.